DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HECTOR CALDERON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0652

[April 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Judge Caroline Shepherd, Judge; L.T. Case Nos. 502023CF001264AXXXMB and 502023CF001265AXXXMB.

Daniel Eisinger, Public Defender, and Logan Tanner Mohs, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***